```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN SIMONI, *et al.*,

                Plaintiffs,

-against-

UNITED AIRLINES HOLDINGS, INC.;
UNITED AIRLINES, INC.; JP MORGAN
CHASE BANK, N.A.; JP MORGAN
CHASE BANK; AND DOES 1-10.,

                Defendants.

22-CV-176 (AJN)

ORDER OF SERVICE

ALISON J. NATHAN, United States District Judge:

    Plaintiff, an attorney who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants United Airlines Holdings, Inc.; United Airlines, Inc.; JP Morgan Chase Bank, N.A.; and JP Morgan Chase Bank. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   January 18, 2022
           New York, New York

                                                  ALISON J. NATHAN
                                                 United States District Judge